UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ENJOY THE CITY NORTH, INC.,
and ENJOY THE CITY, INC.,

       Plaintiffs,

       v.

JEFF STRANGER and JEFF
STRANGER d/b/a J.L.S.
ENTERPRISES and Z BEST
DINING & ENTERTAINMENT,

       Defendants.
_____/

NO. CIV. S-08-2027 LKK/DAD

O R D E R

    Good cause appearing and in accordance with Local Rules 3-120(d) and (f), this action is hereby TRANSFERRED to this court's Fresno division. The Clerk is directed to take all necessary action to transfer the case to the Fresno division.

    IT IS SO ORDERED.

    DATED: December 9, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1