**BOUTIN GIBSON DI GIUSTO HODELL INC.**
Michael E. Chase, SBN 214506
Daniel S. Stouder, SBN 226753
555 Capital Mall, Suite 1500
Sacramento, California 95814
Tel. (916) 321-4444

Attorneys for Plaintiffs
Enjoy the City North, Inc. and Enjoy the City, Inc.

**McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**
David L. Emerzian, SBN 222930
5 River Park Place East
Fresno, California  93720-1501
Tel. (916) 559) 433-1300

Attorneys for Defendants
Jeff Stranger, Jeff Stranger d/b/a J.L.S. Enterprises and
Z Best Dining and Entertainment

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENJOY THE CITY NORTH, INC. and ENJOY THE CITY, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> JEFF STRANGER and JEFF STRANGER d/b/a J.L.S. ENTERPRISES and Z BEST DINING & ENTERTAINMENT, <br><br> Defendants. | Case No.  1:08-CV-01899-OWW-DLB <br><br> **STIPULATION AND ORDER RE-SETTING SCHEDULING CONFERENCE** |

Plaintiffs Enjoy the City North, Inc. and Enjoy the City, Inc. and defendants Jeff Stranger and Jeff Stranger d/b/a J.L.S. Enterprises and Z Best Dining & Entertainment, through their respective undersigned counsel, hereby stipulate and agree as follows:

-1-

STIPULATION AND [PROPOSED] ORDER RE-SETTING SCHEDULING CONFERENCE
139987.1

1.      On December 10, 2008, this action was transferred by the Hon. Lawrence K. Karlton to the Fresno Division of this Court.

2.      Subsequently on December 10, 2008, the Hon. Oliver W. Wanger of this Court issued an Order Setting Mandatory Scheduling Conference setting a scheduling conference for March 19, 2009, at 8:15 a.m. in Courtroom 3.

3.      The parties are prepared and desire to go forward with a scheduling conference before the currently scheduled date of March 19, 2009.  This action was initially filed (in the United States District Court for the Northern District of New York) on July 3, 2008.  On November 25, 2008, while this action was still pending in the Sacramento Division, the parties filed a Joint Status Report.  On December 8, 2008, the parties attended a scheduling conference before Judge Karlton.  During that conference, Judge Karlton informed the parties that he would be issuing the Order transferring this case to the Fresno Division.

4.      The parties are available for a scheduling conference on January 16, 2009, at 8:15 a.m.  The parties understand that the Court is able to conduct the scheduling conference at that date and time.

5.      The parties respectfully request that the Court re-set the scheduling conference to January 16, 2009, at 8:15 a.m., and direct that the parties file their joint scheduling report at least one (1) full week prior to the newly scheduled date.

IT IS SO AGREED.

Dated:  December 12, 2008            BOUTIN GIBSON DI GIUSTO HODELL INC.

By:   /s/
      Michael E. Chase
      Attorneys for Plaintiffs Enjoy the City North, Inc. and
      Enjoy the City, Inc.

-2-

STIPULATION AND [PROPOSED] ORDER RE-SETTING SCHEDULING CONFERENCE

139987.1

Dated: December 12, 2008        McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


By:   /s/
　　　David L. Emerzian
　　　Attorneys for Defendants Jeff Stranger, Jeff Stranger d/b/a J.L.S. Enterprises and Z Best Dining and Entertainment

　　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Scheduling Conference previously scheduled for March 19, 2009, at 8:15 a.m. shall be re-set to January 16, 2009, at 8:15 a.m.  The parties shall file their joint status report at least one (1) full week prior to the newly scheduled date.

　　　IT IS SO ORDERED.


　　　DATED: 12/12/2008

　　　　　　　　　　　　____/s/ OLIVER W. WANGER_____
　　　　　　　　　　　　　　　United States District Judge

-3-

STIPULATION AND [PROPOSED] ORDER RE-SETTING SCHEDULING CONFERENCE

139987.1