**BOUTIN GIBSON DI GIUSTO HODELL INC.**
Michael E. Chase, SBN 214506
Daniel S. Stouder, SBN 226753
555 Capital Mall, Suite 1500
Sacramento, California 95814
Tel. (916) 321-4444

Attorneys for Plaintiffs
Enjoy the City North, Inc. and Enjoy the City, Inc.

**McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**
David L. Emerzian, SBN 222930
5 River Park Place East
Fresno, California 93720-1501
Tel. (916 559) 433-1300

Attorneys for Defendants
Jeff Stranger, Jeff Stranger d/b/a J.L.S. Enterprises and
Z Best Dining and Entertainment

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENJOY THE CITY NORTH, INC. and ENJOY THE CITY, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> JEFF STRANGER and JEFF STRANGER d/b/a J.L.S. ENTERPRISES and Z BEST DINING & ENTERTAINMENT, <br><br> Defendants. | Case No. 1:08-CV-01899-OWW-DLB <br><br> **STIPULATION AND ORDER AMENDING SCHEDULING CONFERENCE ORDER** |

Plaintiffs Enjoy the City North, Inc. and Enjoy the City, Inc. and defendants Jeff Stranger and Jeff Stranger d/b/a J.L.S. Enterprises and Z Best Dining & Entertainment, through their respective undersigned counsel, hereby stipulate and agree as follows:

-1-

STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING CONFERENCE ORDER

1. On January 20, 2009, this Court filed a Scheduling Conference Order. In the Scheduling Conference Order, this Court set the discovery cut-off for August 31, 2009; the deadline for filing all non-dispositive motions, including discovery motions, for September 15, 2009; and the trial for January 20, 2010. The Court also set the deadline for completion of non-expert discovery for April 30, 2009.

2. The parties agree that good cause exists to amend the Scheduling Conference Order to re-set the non-expert discovery deadline from April 30, 2009, to August 31, 2009, so that it coincides with the current deadline for expert discovery. The parties have diligently pursued non-expert discovery. There is still additional document discovery that must be completed before the parties can conduct meaningful depositions. The parties estimate the non-expert discovery will take an additional 90 to 120 days.

3. The parties respectfully request that the Court re-set the non-expert discovery deadline from April 30, 2009, to August 31, 2009. The parties do not request any other change in the Scheduling Conference Order.

IT IS SO AGREED.

Dated: March 24, 2009        BOUTIN GIBSON DI GIUSTO HODELL INC.

                             By: /s/
                                 Michael E. Chase
                                 Attorneys for Plaintiffs Enjoy the City North, Inc. and
                                 Enjoy the City, Inc.

Dated: March 24, 2009        McCORMICK, BARSTOW, SHEPPARD, WAYTE &
                             CARRUTH LLP

                             By: /s/
                                 David L. Emerzian
                                 Attorneys for Defendants Jeff Stranger, Jeff Stranger
                                 d/b/a J.L.S. Enterprises and Z Best Dining and
                                 Entertainment

PDF created with pdfFactory trial version www.pdffactory.com

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Scheduling Conference Order filed January 20, 2009, is amended so that the deadline for completion of non-expert discovery is re-set from April 30, 2009, to August 31, 2009.

Dated: 03/26/2009  \_\_\_\_\_/s/ OLIVER W WANGER_____
                                United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com