1  Michael E. Chase, SBN 214506
   Daniel S. Stouder, SBN 226753
2  **BOUTIN GIBSON DI GIUSTO HODELL INC.**
   555 Capitol Mall, Suite 1500
3  Sacramento, California 95814
   Tel.: (916) 321-4444
4
   Attorneys for Plaintiffs
5  Enjoy the City North, Inc. and Enjoy the City, Inc.

6  **McCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP**
7  David L. Emerzian, SBN 222930
   5 River Park Place East
8  Fresno, California 93720-1501
   Tel. (916) 559) 433-1300
9
   Attorneys for Defendants
10 Jeff Stranger, Jeff Stranger d/b/a J.L.S. Enterprises and
   Z Best Dining and Entertainment
11

FILED
AUG 04 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

12                    **UNITED STATES DISTRICT COURT**

13                    **EASTERN DISTRICT OF CALIFORNIA**

14

15

16  ENJOY THE CITY NORTH, INC. and            ) Case No. 1:08-cv-01899-OWW-
    ENJOY THE CITY, INC.,                     ) DLB
17                                            )
                          Plaintiffs,         ) [PROPOSED] ORDER
18                                            ) ENTERING STIPULATED
                  vs.                         ) CONSENT JUDGMENT
19  JEFF STRANGER and JEFF STRANGER           )
    d/b/a J.L.S. ENTERPRISES, and Z BEST      )
20  DINING & ENTERTAINMENT,                   ) Action commenced: July 3, 2008
                                              )
21                        Defendants.         )
                                              )
22                                            )
                                              )
23  _____

24  //

25  //

26  //

27  //

28  //

-1-

[PROPOSED] ORDER ENTERING STIPULATED CONSENT JUDGMENT

1  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that judgment against Jeff
2  Stranger and Jeff Stranger d/b/a J.L.S. Enterprises, and Z Best Dining & Entertainment, in favor of
3  Enjoy the City North, Inc. and Enjoy the City, Inc., is entered pursuant to the terms of the attached
4  Stipulated Consent Judgment.

8-4-09

_____
United States District Judge

1  Michael E. Chase, SBN 214506
   Daniel S. Stouder, SBN 226753
2  **BOUTIN GIBSON DI GIUSTO HODELL INC.**
   555 Capitol Mall, Suite 1500
3  Sacramento, California 95814
   Tel.: (916) 321-4444
4
   Attorneys for Plaintiffs
5  Enjoy the City North, Inc. and Enjoy the City, Inc.

6  **McCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP**
7  David L. Emerzian, SBN 222930
   5 River Park Place East
8  Fresno, California 93720-1501
   Tel. (916) 559) 433-1300
9
   Attorneys for Defendants
10 Jeff Stranger, Jeff Stranger d/b/a J.L.S. Enterprises and
   Z Best Dining and Entertainment
11

12                    **UNITED STATES DISTRICT COURT**

13                     **EASTERN DISTRICT OF CALIFORNIA**

14

15

16 ENTJOY THE CITY NORTH, INC. and          ) Case No. 1:08-cv-01899-OWW-
   ENJOY THE CITY, INC.,                    ) DLB
17                                          )
                               Plaintiffs,  ) **STIPULATED CONSENT**
18                                          ) **JUDGMENT**
              vs.                           )
19 JEFF STRANGER and JEFF STRANGER          )
   d/b/a J.L.S. ENTERPRISES, and Z BEST     ) Action commenced: July 3, 2008
20 DINING & ENTERTAINMENT,                  )
                                            )
21                             Defendants.  )
                                            )
22                                          )
                                            )
23 _____

24       Judgment on stipulation is hereby entered in favor of plaintiffs Enjoy the City

25 North, Inc. and Enjoy the City, Inc. ("Plaintiffs") against defendants Jeff Stranger and Jeff

26 Stranger d/b/a J.L.S. Enterprises, and Z Best Dining & Entertainment (collectively

27 "Stranger") on the following terms:

28 //

                                         -1-
                           **STIPULATED CONSENT JUDGMENT**
   141561.2

1. Stranger is ordered to pay to Enjoy the City North, Inc., the sum of two thousand dollars ($2,000) on or before May 20, 2009.

2. Stranger is ordered to pay to Enjoy the City North, Inc., the sum of two thousand dollars ($2,000) on or before June 20, 2009.

3. Stranger is ordered to pay to Enjoy the City North, Inc., the sum of two thousand dollars ($2,000) on or before July 20, 2009.

4. Stranger is ordered to pay to Enjoy the City North, Inc., the sum of two thousand dollars ($2,000) on or before August 20, 2009.

5. Stranger is ordered to pay to Enjoy the City North, Inc., the sum of fourteen thousand dollars ($14,000) on or before September 20, 2009.

6. Interest shall accrue on any payment received after the due date at the rate of ten percent (10%) per annum.

7. In any action brought to enforce this Stipulated Consent Judgment, Plaintiffs shall be entitled to recover their attorney's fees and costs, which shall be added to and become a part of this judgment.

8. Stranger admits that the following paragraphs in Plaintiffs' First Amended Complaint are true: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 51, 52, 53, 54, 57, 58, 61, 65, 118, and 119.

9. Stranger, his agents, employees, servants, partners, joint venturers, attorneys, successors, assigns and any party controlling, controlled by or affiliated with him or them, and all those in privity or active concert or participation with any of the foregoing, are permanently enjoined:

    (A) from using, orally or in writing, the trade names, trademarks and designations "Enjoy the City" and the Enjoy the City logo or any other name, word, mark or designation confusingly similar to or dilutive of Plaintiffs' Enjoy the City marks, for any and all products or services;

//

    (B)    from using, orally or in writing, or applying for registration of, any "trade names, trademarks, service marks, logos, insignias, and designations containing the words 'Enjoy the City', 'ETC', or anything similar thereto or derivative thereof, either alone or in conjunction with other words or symbols, ... for any and all products or services'";

    (C)    from representing that the Z Best product line originates with, is sponsored by, emanates from, or otherwise is associated with Plaintiffs or the source of the Enjoy the City brand.

10.    Stranger, his agents, employees, servants, partners, joint venturers, attorneys, successors, assigns and any party controlling, controlled by or affiliated with him or them, and all those in privity or active concert or participation with any of the foregoing, are temporarily enjoined until April 1, 2010:

    (A)    from competing with Plaintiffs within 50 miles of any of the cities listed in the attached Exhibit A, which is incorporated here and made a part of this judgment by reference.

**SO STIPULATED:**

Dated: May 11, 2009    ENJOY THE CITY NORTH, INC.

By: /s/ Luke Stanton

Its: President

Dated: May 13, 2009    ENJOY THE CITY, INC.

By: /s/ Anne Stanton

Its: President

Dated: May 8, 2009    JEFF STRANGER

By: /s/ Jeff Stranger